UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) 06CR 0551 |
| RICARDO VALDEZ-TORRES,<br>aka "El Celebro"<br>ALFREDO MOLINA-GARCIA,<br>aka "Guero,"<br>JESUS MARIO FAJARDO-TRUJILLO,<br>aka "Marito," aka "Mario"<br>GUADALUPE MORENO-SOTO<br>aka "Tio," aka "Veterano" | )<br>)<br>)<br>)<br>)<br>) Violations: Title 21, United States Code,<br>) Section and 846; Title 18,<br>) United States Code, Section 2 |

FILED AUG 3 2006
Aug 03 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE MORAN
MAGISTRATE JUDGE VALDEZ

The SPECIAL DECEMBER 2005 GRAND JURY charges:

Beginning no later than in or about 2002, and continuing until at least on or about May 21, 2006, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICARDO VALDEZ-TORRES,
ALFREDO MOLINA-GARCIA,
JESUS MARIO FAJARDO-TRUJILLO, and
GUADALUPE MORENO-SOTO,

defendants herein, conspired with each other, and others known and unknown to the Grand Jury to knowingly and intentionally possess with the intent to distribute and to distribute a controlled substance, namely, in excess of 400 grams of mixtures containing fentanyl, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

1

      In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

                                            A TRUE BILL:

                                            _____

                                            FOREPERSON

_____
UNITED STATES ATTORNEY