Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **06CR 0551** Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|
| **CASE NUMBER** | 05 GJ 772 JUDGE MORAN DATE | AUGUST 3, 2006 |
| **CASE TITLE** | US V. RICARDO VALDEZ-TORRES, aka "El Celebro", ALFREDO MOLINA-GARCIA, aka "Guero", JESUS MARIO FAJARDO-TRUJILLO, aka "Marito", aka "Mario" GUADALUPE MORENO-SOTO aka "Tio", aka "Veterano" | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3 rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

MAGISTRATE JUDGE VALDEZ

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the _____ SPECIAL DECEMBER 2005 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before,

Judge or Magistrate Judge _Morton Denlow_

**Docket Entry:**

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO RICARDO VALDEZ-TORRES AND ALFREDO MOLINA-GARCIA, _Valdez-Torres & Molina-Garcia,_ DEFENDANTS ARE IN CUSTODY IN MEXICO. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO JESUS MARIO FAJARDO-TRUJILLO, AND GUADALUPE MORENO-SOTO, _who are currently ~~fugitives~~ in Mexico._

_Bench warrants to issue as to:_
_Ricardo Valdez-Torres_
_Alfredo Molina-Garcia_
_Jesus Mario Fajardo-Trujillo_
_Guadalupe Moreno-Soto_
SPECIAL DECEMBER 2005

**FILED**
AUG 0 3 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____ Session.

| SIGNATURE OF JUDGE OR MAGISTRATE JUDGE | _____ | (ONLY IF FILED UNDER SEAL) | BW USM |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| No notices required, advised in open court. | BW Issued | BW USM | Number of notices | | DOCKET# |
| No notices required. | | | Date docketed | | |
| Notices mailed by judge's staff. | AUG 0 4 2006 | | Docketing dpty. initials | | |
| Notified counsel by telephone. | | | Date mailed notice | | |
| Docketing to mail notices | | | | | |
| Mail AO 450 form. | | | | | |
| Copy to judge/magistrate judge. | | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | Mailing dpty. initials | | |