AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
## Northern District of Illinois
### Eastern Division

**FILED**
APR 2 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America

v.

Ricardo Valdez-Torres aka El Celebro

**WARRANT FOR ARREST**

Case Number: 06 CR 551-1

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ricardo Valdez-Torres aka El Celebro** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[Indictment]   Information   Complaint   Order of court   Violation Notice   Probation   Violation Petition

charging him or her with: **Conspiracy to Possess with Intent to Distribute Controlled Substance**

in violation of Title 21 United States Code, Section(s) 846

Marsha E. Glenn Issuing Officer

_[signature]_
Signature of Issuing Officer

Deputy Clerk

August 4, 2006; Chicago, Illinois

, Judicial Officer

RECEIVED UNITED STATES MARSHAL
2006 AUG -4 AM 10: 34
NORTHERN DIST. OF IL. WARRANTS SECTION

Bail fixed at $

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 8/4/06 — UNEXECUTED |
| Date Received / Name and Title of Arresting Officer / Signature of Arrest Officer |
| Date of Arrest: Dismissed per Court Order |